FILED

May 17  9:52 AM '06

U.S. DISTRICT COURT
HAVEN CT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO,                            *
      Secretary of Labor,                  *
      United States Department of Labor,   *
                              Plaintiff,   *   CIVIL ACTION NO.
                                           *   05-cv-00685-PCD
              v.                           *
BENJAMIN MORRIS, IRVING MORRIS,            *
 REDSTONE DEVELOPMENT CORPORATION,         *
 REDSTONE OPERATION LLC, PENSION PLAN      *
 UNDER THE REDSTONE DEVELOPMENT            *
 RETIREMENT TRUST and PROFIT SHARING       *
 PLAN UNDER THE REDSTONE DEVELOPMENT       *
 RETIREMENT TRUST,                         *
                              Defendants   *
* * * * * * * * * * * * * * * * * * * * *
```

## PARTIAL CONSENT DECREE AND ORDER

Defendant Benjamin Morris and Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, (the "Secretary") have agreed to resolve all matters in controversy between the Secretary and said defendant in this action and said parties do now consent to entry of a Decree by this Court in accordance therewith.

By consent to this Decree, defendant Benjamin Morris has admitted to the jurisdiction of this Court over him and over the subject matter of this action.

1

Upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Consent Decree.

By assenting to this Decree, defendant Benjamin Morris neither admits nor denies the allegations of the Complaint.

Defendant Benjamin Morris having agreed to entry of this Partial Consent Decree, and with due consideration and being fully advised of the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant Benjamin Morris is permanently enjoined from violating the provisions of Title I of ERISA.

2. Upon merger of the Pension Plan Under the Redstone Operating Trust (the "Pension Plan") and the Profit Sharing Plan Under the Redstone Operating Trust (the "Profit Sharing Plan") (collectively the "Plans"), the Plans' interest in Mortgage In-Vest shall be allocated to the accounts of defendant Plan trustee Irving Morris and defendant former trustee Benjamin Morris. Defendant Benjamin Morris shall not receive any interest in any of the investments of the Plans other than his interest in the Plans' investment in Mortgage In-Vest.

3. Each party shall bear its own fees and expenses with respect to this action.

4. The Court shall retain jurisdiction of this matter for the purposes of enforcing this Consent Judgment and Order.

5. Nothing in this Judgment is binding on any governmental agency other than the United States Department of Labor.

IT IS SO ORDERED THIS 17th day of May, 2006.

_____
Honorable Peter C. Dorsey
Senior United States District Judge

Consented to by:

For the Plaintiff
Secretary of Labor:

Frank V. McDermott
Regional Solicitor

*/s/ Maureen L. Canavan*    5/8/06
Maureen L. Canavan          Dated
Attorney
CT Bar No #14133
U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Room E-375
Boston, MA 02203

For Benjamin Morris:

*/s/ Benjamin Morris*    5/8/06
Benjamin Morris          Dated

3